COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SALVADOR R. GARCIA, JR. and §
INEZ G. GARCIA,                                                    No. 08-08-00047-CV

§

            Appellants,                                                Appeal from the

§

v.                                                                168th Judicial District Court

§

                                                                   of El Paso County, Texas

GOVERNMENT EMPLOYEES CREDIT §
UNION OF EL PASO,                                                     (TC# 2006-4373)

§

            Appellee.

## MEMORANDUM  OPINION

Pending before the Court is a joint motion to dismiss the appeal filed April 22, 2008, by Appellants, Salvador and Inez Garcia.  *See* TEX.R.APP.P. 42.1(a)(2).  The parties represent to the Court that they have resolved their differences in the lawsuit below and have agreed to dismiss the appeal.  The parties have complied with the requirements of Rule 42.1(a)(2).

We have considered the cause on the motion and conclude that the motion should be granted.  We therefore dismiss the appeal.  Costs in this Court are taxed against Appellants in accordance with the parties' agreement.


May 15, 2008

                                    DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.